Natu J. Patel (SBN 188618)
Daniel H. Ngai (SBN 302297)
Kunal Jain (SBN 296642)
**THE PATEL LAW FIRM, P.C.**
22952 Mill Creek Drive
Laguna Hills, CA 92653
Phone: (949) 955-1077
Fax:   (949) 955-1877
NPatel@thePatelLawFirm.com

Attorneys for Plaintiff and Counter-Defendant,
Ashlynn Marketing Group, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLYNN MARKETING GROUP, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>IMPERIAL TOBACCO LIMITED, a United Kingdom Limited Company; ITG BRANDS, LLC, a Texas Limited Liability Company; COMMONWEALTH – ALTADIS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>_____<br>And Related Counterclaims. | Case No. 3:16-cv-01001-CAB-BGS<br>**Honorable Cathy Ann Bencivengo**<br><br>**JOINT MOTION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>*[Proposed Order Submitted Concurrently Herewith]*<br><br>Complaint Filed:   April 25, 2016<br>No Trial Date Set |

WHEREAS, Plaintiff Ashlynn Marketing Group, Inc. ("Ashlynn" or "Plaintiff") filed a complaint in the above-captioned matter against Defendants Imperial Tobacco Limited, ITG Brands LLC, and Commonwealth-Altadis, Inc. (collectively "Defendants") on April 25, 2016 [ECF No. 1];

WHEREAS Defendants filed and served their Answer and Affirmative Defenses ("Answer") denying the allegations contained therein on June 14, 2016;

WHEREAS simultaneously with Defendants' Answer, Defendant Imperial Tobacco Limited ("Imperial Tobacco") filed and served its Counterclaims against Ashlynn on June 14, 2016 [ECF No. 9];

WHEREAS Defendant Imperial Tobacco filed and served its First Amended Counterclaims against Ashlynn on August 16, 2016 [ECF No. 15];

WHEREAS Ashlynn filed and served its Answer and Affirmative Defenses to the First Amended Counterclaims denying the allegations contained therein on September 6, 2016 [ECF No. 16];

WHEREAS Plaintiff and Defendants (collectively the "Parties") entered into a written confidential Settlement and Co-Existence Agreement ("Settlement Agreement") on February 21, 2017 to terminate this action without the need for further litigation.

NOW THEREFORE, the Parties, pursuant to the Settlement Agreement and Federal Rules of Civil Procedure, Rule 41, hereby jointly and respectfully move this Honorable Court for an order dismissing the entire action, including Ashlynn's Complaint [ECF No. 1] and Imperial Tobacco's First Amended Counterclaims [ECF No. 15], each with prejudice, with each party to bear its own attorneys' fees and costs.

/ / /

Dated: February 23, 2017

Respectfully submitted,
**THE PATEL LAW FIRM, P.C.**

/s/ Natu J. Patel
Natu J. Patel
Attorneys for Plaintiff and Counter-Defendant,
Ashlynn Marketing Group, Inc.
NPatel@thePatelLawFirm.com

Dated: February 22, 2017

Respectfully submitted,
**DYKEMA GOSSETT LLP**

/s/ Allan Gabriel
Allan Gabriel
Attorneys for Defendants
Imperial Tobacco Limited,
ITG Brands, LLC, and
Commonwealth – Altadis, Inc. and
Counter-claimant Imperial Tobacco Limited

**CERTIFICATE OF SERVICE**
SOUTHERN DISTRICT OF CALIFORNIA
Case No.: 3:16-cv-01001-CAB-BGS

The undersigned certifies that on February 23, 2017, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT MOTION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Pursuant to CivLR 5.4, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system.  Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

                                 s/ Natu J. Patel
                                 Natu J. Patel